JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD CARTER, | Case No. EDCV 16-1430-JGB (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| RICHARD IVES, ET AL., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: October 10, 2017

_____
HONORABLE JESUS G. BERNAL
United States District Judge